[No. 44637-1-I. Division One. August 28, 2000.]

TUSCANY, INC., ET AL., *Appellants*, v. PARAGON CAPITAL CORPORATION, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 98-2-04544-2, Peter Jarvis, J., entered November 5, 1998. *Affirmed in part* and *reversed in part* by unpublished opinion per Cox, J., concurred in by Webster and Ellington, JJ.

[No. 44739-4-I. Division One. August 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. TODD CHRISTOPHER Cox, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 99-1-00557-5, Larry E. McKeeman, J., entered May 20, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 44285-6-I. Division One. August 28, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSHUA I. GARVER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 98-1-00113-0, James H. Allendoerfer, J., entered March 3, 1999. *Reversed* by unpublished opinion per Appelwick, J., concurred in by Agid, C.J., and Cox, J.

[No. 44811-1-I. Division One. August 28, 2000.]

*In the Matter of the Guardianship of* EDNA L. BOCK.
*In the Matter of the Estate of* EDNA L. BOCK.
SANDRA KASMINOFF, *Appellant*, v. DORIS PENNINGTON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 95-4-00513-3, Donald D. Haley, J., entered May 19 and June 16, 1999. *Affirmed* by unpublished per curiam opinion.